**Ethel Graves, appellee, v. Alexander Bisnow et al. Isadore Sarnoff, appellant. Gen. No. 34,648.**

 Heard in the first division of this court for the first district at the October term, 1930. Opinion filed January 26, 1931. Rehearing denied February 9, 1931.

Cohen, Tomas & Cohen, for appellant; George B. Cohen, of counsel. Dotson & Washington, for appellee; Heber T. Dotson, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

**In re Petition of Alfonso Cozzi to be discharged under the Insolvent Debtors Act. Gen. No. 34,699.**

 Heard in the first division of this court for the first district at the October term, 1930. ██ Opinion filed January 26, 1931.

Coburn, Kearney & Coburn and L. T. Herzon, for appellant. George A. Gordon, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

**Martha Lehmann, appellee, v. City of Chicago, appellant. Gen. No. 34,585.**

 Heard in the first division of this court for the first district at the October term, 1930. Opinion filed January 26, 1931.

Samuel A. Ettelson, Corporation Counsel, and William D. Saltiel, City Attorney, for appellant; Samuel L. Golan and Roy S. Gaskill, Assistant Corporation Counsel, of counsel. Charles G. Palmer, for appellee; Clyde C. Fisher, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

**The People of the State of Illinois for the use of William Wardell, executor of the estate of Mary W. Wallace, deceased, appellee, v. Benjamin F. J. Odell, appellant. Gen. No. 34,594.**

 Heard in the first division of this court for the first district at the October term, 1930. Opinion filed January 26, 1931. Rehearing denied February 9, 1931.

Benj. F. J. O'Dell, for appellant. Gurdon Williams, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.